## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>Sergii MYSANIUK,<br>　　　　　　　Defendant. | Case No.: '21 MJ03463<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 111(a)(1)<br>Assaulting, Resisting, or Impeding Federal Officers<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about August 23, 2021, within the Southern District of California, Sergii MYSANIUK intentionally and forcibly assaulted a person designated in Title 18, United States Code, Section 1114, to wit: Department of Homeland Security, United States Customs and Border Protection Officer Ismael Uribe, while Officer Uribe was engaged in and on account of the performance of his official duties, such acts involving physical contact between MYSANIUK's vehicle and Officer Uribe; in violation of Title 18, United States Code, Section 111(a)(1), a felony. The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Special Agent Ishmael Selga
　　　　　　　　　　　　　　　　　Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 23rd of August 2021.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. BERNARD G. SKOMAL
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On August 23, 2021, at approximately 12:10 AM, Sergii MYSANIUK, ("MYSANIUK"), a national of Ukraine, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #21. MYSANIUK was the driver of a 2020 Volkswagen Vento ("the vehicle") bearing Mexico license plates. MYSANIUK was accompanied by three nationals of Ukraine.

A Customs and Border Protection Officer (CBPO) was conducting pre-primary operations on vehicle lane 21. A CBPO instructed MYSANIUK and the other occupants of the vehicle to show their valid identification documents. MYSANIUK and the other occupants did not comply with the request.

CBPO Uribe placed a vehicle barricade in front of the vehicle. CBPO Uribe then instructed the front passenger of the vehicle to roll down the window. The front passenger rolled down the window several inches. CBPO Uribe instructed the front passenger to roll the window down further. CBPO Uribe reached into the vehicle to roll the window further down. Once CBPO Uribe's arm was in the vehicle, MYSANIUK hit the gas pedal and quickly accelerated the vehicle forward into the United States, causing the vehicle to make impact with CBPO Uribe's arm.

As the vehicle drove further into the United States, MYSANIUK and the other occupants of the vehicle jumped out of the moving vehicle and ran further north.

1

The vehicle continued to roll forward and hit the vehicle in front of it. MYSANIUK and the other occupants of the vehicle were subsequently arrested near the primary inspection booths.

MYSANIUK was placed under arrest at approximately 12:15 AM.

Post Miranda, MYSANIUK admitted that he understood the instructions from CBPOs: specifically, to roll down the windows and to turn off the vehicle. MYSANIUK said that he admittedly drove the car further into the United States against the CBPOs instructions. MYSANIUK claims that he did not think that anyone would be injured by his actions.

MYSANIUK was arrested and charged with a violation of Title 18, United States Code, 111, Assaulting, Resisting, or Impeding Federal Officers.